# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>         Plaintiff<br><br>vs.<br><br>AFFORDABLE HOME SECURITY OHIO, LLC, and NATIONWIDE ALARMS<br><br>         Defendants. | Case No. 2:26-cv-00787-WSS |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

_____
United States District Judge