**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>AFFORDABLE HOME SECURITY OHIO, LLC, and NATIONWIDE ALARMS<br>   Defendants. | Case No. 26-cv-787 |

**<u>AFFIDAVIT FOR ENTRY OF DEFAULT</u>**

COMMONWEALTH OF PENNSYLVANIA )
                 )
COUNTY OF ALLEGHENY      )

  Anthony I. Paronich, being duly sworn, states that he is the attorney for Plaintiff in the above-captioned action; that the Complaint and Summons in this action were served on Defendant on May 1, 2026; that service was made on Affordable Home Security Ohio, LLC; that the time within which Defendant may answer or otherwise move as to the Complaint has expired; that Defendant has not answered or otherwise moved; and that the time for Defendant to answer or otherwise move has not been extended.

*Anthony Paronich*
_____

Anthony I. Paronich

State of Pennsylvania, County of Beaver

Sworn to and subscribed before me 13th this July, 2026

*Michael J Webb*
_____

Notary Public

My commission expires: __11/08/2029__

| Commonwealth of Pennsylvania - Notary Seal |
| :---: |
| MICHAEL J WEBB, Notary Public |
| Beaver County |
| My commission expires November 8, 2029 |
| Commission Number 1290457 |

Notarized remotely online using communication technology via Proof.