IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff

vs.

AFFORDABLE HOME SECURITY OHIO, LLC, and NATIONWIDE ALARMS

Defendants.

Case No. 2:26-cv-00787-WSS

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO OPEN DISCOVERY

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiff's Motion to Open Discovery, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

1. Plaintiff is authorized to conduct limited discovery for the purpose of:

    a. identifying members of the proposed class;

    b. obtaining information relevant to class certification; and

    c. determining the amount of statutory damages recoverable by Plaintiff and members of the proposed class.

2. Plaintiff may serve discovery requests upon Defendant and subpoenas pursuant to Federal Rule of Civil Procedure 45 upon any non-party reasonably believed to possess information concerning:

    a. outbound call records;

    b. dialer records;

2

c. call logs;

d. transmission reports;

e. telephone numbers called;

f. prerecorded or artificial voice campaigns; and

g. any other records reasonably necessary to identify class members and calculate damages.

3. Any person or entity served with discovery pursuant to this Order shall respond in accordance with the Federal Rules of Civil Procedure.

4. Plaintiff shall complete such discovery within ninety (90) days of entry of this Order unless otherwise ordered by the Court.

5. Following completion of discovery, Plaintiff may move for class certification and for entry of default judgment, including an award of damages.

BY THE COURT:

_____

United States District Judge