**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFORDABLE HOME SECURITY OHIO, LLC and NATIONWIDE ALARMS<br><br>Defendants. | Civil Action No. 2:26-cv-00787-WSS |

**DEFENDANT AFFORDABLE HOME SECURITY OHIO, LLC'S**
**MOTION TO SET ASIDE DEFAULT AND FILE ANSWER**

Defendant Affordable Home Security Ohio ("Affordable") hereby moves, pursuant to Fed. R. Civ. P. 55(c), to set aside the entry of default for good cause. As addressed in Affordable's Brief in Support, all the elements necessary to establish good cause exist as Plaintiff would suffer no prejudice, Affordable has a prima facie meritorious defense to Plaintiff's Telephone Consumer Protection Act claim, and Affordable's failure to file a response to Plaintiff's Complaint is excusable considering their attempts to seek indemnification/coverage coupled with Affordable's inexperience with litigation. On August 26, 2026, counsel for Plaintiff indicated they would not be willing to request removal of the default at this time.

WHEREFORE, Affordable respectfully requests that this Court grant its Motion to Set Aside Default and File Answer.

Date: September 11, 2026

**NELSON MULLINS RILEY & SCARBOROUGH, LLP,**

*/s/ Timur R. Dikec*
Timur R. Dikec (PA ID 333225)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 730-3311
Facsimile: (412) 567-9241
timur.dikec@nelsonmullins.com

***Counsel for Defendant***
***Affordable Home Security Ohio***