**CERTIFICATE OF CONFERENCE**

I, Timur Dikec, hereby certify that counsel has conferred with Plaintiff's counsel via email pursuant to Judge Stickman's Standing Order and Procedures Re: Civil Motion Practice, in a good faith effort to determine whether the subject matter in the foregoing pleadings may be cured without Court intervention. I hereby certify that the Parties were unable to resolve the matter, and, therefore, the instant motion practice is necessary.

Dated: September 11, 2026

*/s/ Timur R. Dikec*
Timur R. Dikec