**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

AFFORDABLE HOME SECURITY OHIO, LLC and NATIONWIDE ALARMS

Defendants.

Civil Action No. 2:26-cv-00787-WSS

**[PROPOSED] ORDER**

This matter having come before the Court upon the Motion to Set Aside Default and File, which was filed by Defendant Affordable Home Security Ohio, LLC ("Affordable"), it is hereby ORDERED as follows:

1. It is hereby **ORDERED** and **ADJUDGED** that the Clerk's Entry of Default, entered on July 14, 2026, is hereby set aside for good cause;

2. It is hereby **ORDERED** and **ADJUDGED** that Affordable shall have twenty-one days from the date of this Order to file an Answer to Plaintiff's Complaint;

[*Signature Page to Follow.*]

SO ORDERED:

_____________________________
Justice
Dated: ___________ ___, 2026