# Affordable Home Security of Ohio, LLC

### ADT Authorized Dealer – Sub-Dealer Agreement

This Sub-Dealer Agreement ("Agreement") is entered into on July 3, 2025, by and between:

**Dealer:**
Company Name: Affordable Home Security of Ohio, LLC
Address: 2231 East Enterprise Parkway, Twinsburg, Ohio 44087
Phone: 216-242-9628

and

**Sub-Dealer:** Domingo Ramirez
Company Name: Yamado Services, LLC, DBA Nationwide Alarms
Address: 88 Mount Pleasant Ave. Providence, RI 02908
Phone: 352-587-5739

---

### 1. Purpose

Dealer authorizes Sub-Dealer to market, promote, and solicit customers for security systems and monitoring services provided through authorized dealer programs associated with ADT. Sub-Dealer acts strictly as an independent contractor and has no authority to bind Dealer or ADT to any agreement.

---

### 2. Scope of Services

Sub-Dealer agrees to:

- Market and promote security monitoring services
- Generate customer leads and complete agreements
- Accurately represent all equipment and services
- Submit customer agreements to Dealer for approval
- Follow all marketing, compliance, and installation procedures

Sub-Dealer may NOT:

- Alter contract terms
- Change pricing
- Represent themselves as ADT corporate employees
- Guarantee approval or installation

Without written authorization from the Dealer.

---

## 3. Independent Contractor Status

Sub-Dealer is an independent contractor and not an employee of Dealer.

Sub-Dealer is responsible for:

- Federal, state, and local taxes
- Business Personal licensing
- Workers' compensation if applicable
- Insurance coverage

Dealer will issue IRS Form 1099-NEC for applicable payments.

---

## 4. Licensing and Legal Compliance

Sub-Dealer agrees to comply with all applicable laws, including:

- Federal Trade Commission regulations
- Do Not Call (DNC) registry rules
- State alarm licensing requirements
- Consumer protection laws
- Telemarketing regulations (federal and state)

Failure to comply may result in immediate termination.

---

## 5. Commission Structure

Dealer agrees to compensate Sub-Dealer for approved and installed accounts.

**Standard Commission Per Installed Account:** $ 36X

**Optional Tier Structure:**

| Monthly Installs | Commission Per Account |
|---|---|
| 1–10 Accounts | $ +1x |
| 11–25 Accounts | $ +2X |
| 26+ Accounts | $ +3X |

Payment is issued within four (4) days after installation, subject to:

- System installation

- Monitoring activation
- Customer contract approval

Dealer may delay payment if funding issues arise due to account errors.

---

## 6. Chargeback Protection

Alarm industry standard chargeback terms apply.

- Chargeback Period: 365 days
- Accounts that cancel, fail credit approval, or terminate service during this period will result in commission reversal
- Sub-Dealer agrees to repay chargebacks within thirty (30) days of notification
- Dealer may deduct chargebacks from future commissions
- Dealer may utilize holdback reserves when applicable

---

## 7. Ownership of Accounts (RMR Ownership)

All customer accounts become the sole and exclusive property of Dealer upon installation and activation.

Sub-Dealer acknowledges:

- Dealer retains ownership of all contracts
- Dealer retains ownership of all recurring monthly revenue (RMR)
- Sub-Dealer has no ownership rights unless expressly stated in writing

---

## 8. Lead Ownership

All leads provided by Dealer remain Dealer property.

Sub-Dealer agrees not to:

- Sell leads to competing companies
- Use leads outside this Agreement
- Convert leads to competing alarm providers

---

## 9. Installation Responsibilities

Dealer will perform installations unless otherwise agreed.

Sub-Dealer may only install if:

- Properly licensed
- Authorized by Dealer
- Trained on equipment

---

## 10. Customer Representations

Sub-Dealer agrees to represent services honestly and accurately.

Sub-Dealer may not misrepresent:

- Equipment capabilities
- Monitoring services
- Pricing or promotions
- Contract terms

Misrepresentation may result in termination and forfeiture of commissions.

---

## 11. Confidentiality

Sub-Dealer agrees to keep confidential:

- Customer information
- Commission structures
- Marketing strategies
- Dealer operations

---

## 12. Non-Circumvention

Sub-Dealer shall not bypass Dealer to work directly with vendors or partners introduced by Dealer.

---

## 13. Non-Solicitation

During this Agreement and for twelve (12) months after termination, Sub-Dealer shall not:

- Solicit Dealer employees
- Recruit Dealer contractors
- Attempt to move Dealer customers

---

## 14. Non-Compete

For ___ months following termination, Sub-Dealer shall not compete within ___ miles of Dealer's market, to the extent permitted by law.

---

## 15. Insurance Requirements

Sub-Dealer agrees to maintain:

- General Liability Insurance
- Errors & Omissions Insurance (if applicable)

Proof must be provided upon request.

---

## 16. Record Keeping

Sub-Dealer must maintain accurate records of:

- Customer agreements
- Marketing activities
- Customer communications

Dealer may audit records.

---

## 17. Term and Termination

This Agreement begins on 7-3-25 and continues until terminated.

- Either party may terminate with thirty (30) days written notice
- Dealer may terminate immediately for fraud, misrepresentation, or legal violations

---

## 18. Dispute Resolution

Disputes shall first be submitted to mediation. If unresolved, disputes shall be handled in the courts of the State of Ohio.

---

## 19. Governing Law

This Agreement is governed by the laws of the State of Ohio.

---

## 20. Entire Agreement

This Agreement represents the entire agreement between the parties.

---

## 21. Limitation of Liability; Indemnification; Representations

### A. Limitation of Liability

To the fullest extent permitted by law, Dealer shall not be liable for any indirect, incidental, consequential, or punitive damages, including loss of profits or business.

Dealer's total liability shall not exceed commissions paid to Sub-Dealer in the twelve (12) months prior to the claim.

---

### B. Indemnification

Sub-Dealer agrees to indemnify, defend, and hold harmless Dealer from any claims, damages, or legal actions arising from:

- Sub-Dealer conduct
- Misrepresentations
- Legal violations
- Breach of this Agreement
- Customer disputes

This survives termination.

---

**C. No Unauthorized Representations**

Sub-Dealer may not make unauthorized statements on behalf of Dealer or ADT.

Dealer is not liable for any unauthorized promises or representations made by Sub-Dealer.

---

**D. Contract Disclosure Acknowledgment**

Sub-Dealer acknowledges that all contract terms—including cancellation policies and agreement length—are disclosed in writing.

Sub-Dealer agrees not to misrepresent terms, including stating:

- "No contract"
- "Cancel anytime without penalty"

Such actions constitute a material breach and may result in termination, chargebacks, and liability.

---

# Signatures

**Dealer:**
Signature: [signature]
Name: Micheel Monday
Title: Owner
Date: 7-3-25

**Sub-Dealer:**
Signature: [signature]
Name: DOMINGO RAMIREZ
Title: OWNER
Date: ~~8~~ 7/3/25