Affordable Home Security of Ohio, LLC
c/o Joshua Herberth
2231 East Enterprise Parkway
Twinsburg, OH 44087

March 5, 2026

Affordable Home Security Ohio, LLC
c/o Joshua Herberth
aka Safely Sound, LLC
719 Broadway Avenue
Bedford, OH 44146

joshua@safelysound.net

To Whom it May Concern:

On 2/11/26, at approximately 9:20 AM, I received a telemarketing call on 412-365-2147. The caller delivered a series of prerecorded messages. Then the caller transferred me to a live agent who said his name was Chris. He told me that their security system would cost $53.99/month for monitoring. He said that the name of his company was "Nationwide Alarm(s)" and he said that they would do a soft credit check to confirm that I qualify to purchase their system. While we were on the telephone I received an e-mail from Equifax informing me that a soft credit check was just run on my credit report by Affordable Home Security. Then Chris transferred me to a second agent who said his name was Adam. I told Adam that I preferred the installation on 3/2/36, and he hung up on me.

I subsequently called 440-252-7111 and I spoke with an agent who said his name was John. He informed me that they were Affordable Home Security. I told him that I received a soft credit check on my Equifax credit report from Affordable Home Security. He asked me if I had spoken on the telephone with someone from "Nationwide Alarm(s)". He said that "Nationwide Alarm(s)" is their sales organization, and that Affordable Home Security is the installation company. He said that if "Nationwide Alarm(s)" didn't inform me about the soft credit check, then they would pull up a recording of the call. He said that "Nationwide Alarm(s)" would normally transfer a call to them for final scheduling.

Before I proceed with a formal claim against your company for violations of the Telephone Consumer Protection Act (TCPA), I want to give your company an opportunity to explain the above-mentioned telephone call, and to possibly settle this matter. Please forward to me any and all documents that might support your position that a third party called me, and/or that your company had prior consent of any kind from anyone to make any telemarketing calls to 412-365-2147, as well as any other documents that might support your position that I have no claim under the TCPA against your company (if that is in fact your position). Please forward your response to this letter, and the requested information to my attention by 3/20/26.

If I do not hear from you before 3/20/26, then I will proceed by filing a civil lawsuit against your company. Either I will file an individual case in State court, or I will file a class-action case in Federal court. I can assure you that I am very serious about the above-mentioned issues, and I have over 23 years of litigation experience with the TCPA. This includes numerous individual civil complaints filed in State court, and many class-action civil complaints filed in Federal court (you can see a summary of some of my cases on my website www.stewartabramson.com).

Please add my telephone number 412-365-2147 to your company DO-NOT-CALL list.

Sincerely,

Stewart Abramson
522 Glen Arden Drive
Pittsburgh, PA 15208
Legal247@verizon.net