**Timur Dikec**

| | |
|---|---|
| **From:** | Timur Dikec |
| **Sent:** | Tuesday, August 4, 2026 11:36 AM |
| **To:** | Anthony Paronich |
| **Cc:** | Jeremy C. Jackson Esq.; Kevin Polansky |
| **Subject:** | Abramson v. Affordable Home Security Ohio, LLC et al. - Civil Action No. 2:26-cv-00787 - Request for Call to Discuss Case Status |

Hello Anthony,

I hope this email finds you well. We have just been retained by Affordable Home Security Ohio, LLC to represent it in the subject lawsuit. After some initial discussions with our client, we believe it would make sense to schedule a time to discuss the allegations in the Complaint, the current Entry of Default, and a potential early resolution to the matter. What is your availability this week?

Sincerely,
Timur

NELSON MULLINS

TIMUR DIKEC SENIOR ASSOCIATE
timur.dikec@nelsonmullins.com
ONE PPG PLACE | SUITE 3200
PITTSBURGH, PA 15222
T 412.730.3311 F 412.567.9241
NELSONMULLINS.COM VCARD VIEW BIO