**Timur Dikec**

---

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Wednesday, August 26, 2026 10:59 AM |
| **To:** | Kevin Polansky |
| **Cc:** | Timur Dikec |
| **Subject:** | Re: Steward Abramson vs. Affordable Home Security Ohio, LLC, US Dist. Court Western Dist. of PA, Case No.: 2:26-cv-00787 |

**External Source/Sender notice**
Use caution responding or clicking links/attachments.
Report Suspicious

Hey, Kevin. Not at this time. However, responses to the first set of discovery were due earlier this week. So, we could get those in and re-evaluate unless the parties were focusing on resolution.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Aug 24, 2026 at 11:06 AM Kevin Polansky <kevin.polansky@nelsonmullins.com> wrote:

> Thanks, Anthony. Let us know if you will agree to remove default and, if not, if there is any info you would need to do so.
>
> NELSON MULLINS
>
> KEVIN POLANSKY PARTNER
>
> kevin.polansky@nelsonmullins.com
>
> ONE FINANCIAL CENTER | SUITE 3500
>
> BOSTON, MA 02111

T 617.217.4720 F 617.217.4710
NELSONMULLINS.COM VCARD VIEW BIO

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Sunday, August 23, 2026 1:36 PM
**To:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Cc:** Timur Dikec <timur.dikec@nelsonmullins.com>
**Subject:** RE: Steward Abramson vs. Affordable Home Security Ohio, LLC, US Dist. Court Western Dist. of PA, Case No.: 2:26-cv-00787

Thanks here is a subpoena we are sending them.

---

**From:** Kevin Polansky <kevin.polansky@nelsonmullins.com>
**Sent:** Thursday, August 20, 2026 4:56 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Timur Dikec <timur.dikec@nelsonmullins.com>
**Subject:** RE: Steward Abramson vs. Affordable Home Security Ohio, LLC, US Dist. Court Western Dist. of PA, Case No.: 2:26-cv-00787

Anthony,

As discussed, attached is the marketing agreement entered into with a company called Yamado Services LLC d/b/a Nationwide Alarms. They are located out of RI. My client is also compiling its financials to provide via Rule 408. I should have those shortly. Thanks.

Kevin

NELSON MULLINS

KEVIN POLANSKY PARTNER

kevin.polansky@nelsonmullins.com

ONE FINANCIAL CENTER | SUITE 3500