IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>AFFORDABLE HOME SECURITY OHIO, LLC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:26-cv-787<br><br>Hon. William S. Stickman IV |

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

This order sets forth the date and time for the initial case management conference, as well as the dates for compliance with three requirements in preparation.

The telephonic initial case management conference pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 16.1 is scheduled for **November 10, 2026 at 9:30 a.m**. The parties are directed to connect to this conference by: (412) 547-0144 Conference ID: 697 382 110 #. It is not required that lead counsel for the parties attend, nor is it required that any named party attend.

Aside from initial disclosures, *see* Fed. R. Civ. P. 26(a)(1)(A), no formal written discovery may be served prior to the conference, absent leave of court.

Counsel of record and all unrepresented parties are jointly responsible to ensure completion of the following three requirements in preparation:

1. By **October 29, 2026**, counsel of record for the parties and all unrepresented parties must confer either in person, over the telephone, or by videoconference to "consider

the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2).

2. By **November 5, 2026**, the parties must jointly file a Rule 26(f) Report in the format set forth in Appendix 16.1.A to the Local Civil Rules.

3. By **November 5, 2026**, the parties must jointly file a Stipulation Selecting ADR Process. The parties are directed to use the form available on the Court's website at: https://www.pawd.uscourts.gov/sites/pawd/files/ADRSTIP-APRIL2017-w.pdf

BY THE COURT:

October 8, 2026
Date

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE