IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, *individually and on behalf of a class of all persons and entities similarly situated,*

*Plaintiff,*

v.

AFFORDABLE HOME SECURITY OHIO, LLC, *et al*,

*Defendants*.

Civil Action No. 2:26-cv-787

Hon. William S. Stickman IV

**HEARING MEMO**

HEARING HELD: Telephonic Initial Case Management Conference
DATE HEARING HELD: November 10, 2026
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:
Anthony Paronich, Esquire

Appearing for Defendants:
Timur Dikec, Esquire

Conference began at 9:32 a.m.

Conference concluded at 9:41 a.m.

Stenographer: None

OUTCOME:

Status of Defendant Nationwide Alarms discussed.

ADR discussed.

Case management deadlines established.

The appropriate orders will follow.