IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, *individually and on behalf of a class of all persons and entities similarly situated*,

*Plaintiff*,

v.

AFFORDABLE HOME SECURITY OHIO, LLC, *et al*,

*Defendants*.

Civil Action No. 2:26-cv-787

Hon. William S. Stickman IV

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that this case shall be governed by the schedule and terms set forth below.

### STIPULATION SELECTING ADR PROCESS

An Amended Stipulation Selecting ADR Process that sets forth the date and time of a mediation session is due by **November 17, 2026**.

### AMENDED PLEADINGS & JOINDER OF PARTIES

Any consented-to amended pleadings or joinder of parties shall be filed by **January 29, 2027**. Lacking consent, any party may file a Motion to Amend Pleadings and/or any Motion to Join Parties by **January 29, 2027**.

### DISCOVERY

The following deadlines and limitations govern discovery in this case:

- Discovery shall commence **November 10, 2026**.
- The parties shall exchange initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, by **November 19, 2026**.

- Plaintiff's expert reports are to be served by **June 11, 2027**. *See* Fed. R. Civ. P. 26(a)(2).
- Defendant's expert reports are to be served by **July 12, 2027**.
- Discovery shall close on **August 11, 2027**. All discovery requests shall be served or noticed so that the responding party has the full amount of time permitted by the Federal Rules of Civil Procedure to respond by this date. No formal discovery may take place after this date without leave of court. For examples, no third-party subpoenas can be served, and no trial depositions can be noticed.

## DISCOVERY DISPUTES

Before filing a motion regarding a discovery dispute, counsel must confer to determine if they are able to resolve the dispute themselves. If counsel is unable to resolve the dispute, they must contact the Court's deputy clerk at elizabeth_abbott@pawd.uscourts.gov to schedule a telephone conference.

## MOTION FOR CLASS CERTIFICATION OR DISPOSITIVE MOTIONS

- Any motion for class certification or motion for summary judgment, brief in support, and concise statement of material facts is due by **September 10, 2027**. Brief in support not to exceed **twenty** pages.
- Brief in opposition is due by **October 11, 2027**, and must include all evidentiary challenges. Brief in opposition not to exceed **twenty** pages.
- Any reply brief is due by **October 25, 2027**, and shall not exceed **fifteen** pages.
- Oral argument will be scheduled if warranted.

BY THE COURT:

November 10, 2026
Date

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE