IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>AFFORDABLE HOME SECURITY OHIO, LLC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:26-cv-787<br><br>Hon. William S. Stickman IV |

**ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.2, the Court refers this case to alternative dispute resolution as set forth below. IT IS HEREBY ORDERED:

(a) This case is referred to mediation, which is currently scheduled for January 26, 2027.

(b) The appointed mediator is The Honorable David E. Jones.

(c) Plaintiff(s) shall pay **one-half**, and Defendant(s) shall pay **one-half** of the compensation and costs directly to the mediator upon conclusion of the ADR process.

(d) Attorney Anthony Paronich is designated as lead ADR counsel and shall be responsible for coordinating the date, time, and location for the ADR conference with the parties and the mediator.

(e) The ADR conference(s) shall be conducted in accordance with the Court's ADR Policies and Procedures, and nothing in this order alters the schedule set forth in the Case Management Order governing this case.

BY THE COURT:

November 18, 2026
Date

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE